UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 21-9321-MWF(SKx)**                                Dated: **June 8, 2022**

Title:     Keichelle Harris -v- National Credit Adjusters, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                            None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

     In light of the Notice of Settlements [28][32] filed May 12, 2022 and June 8, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for August 8, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

     IT IS SO ORDERED.

MINUTES FORM 90                                                            Initials of Deputy Clerk   rs
CIVIL - GEN